___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

DEC - 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff, )<br>           )<br>     v. )<br>           )<br>AARON PEILA, )<br>           )<br>     Defendant. ) | 2:12-009-LDG-(PAL) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT AARON PEILA

On August 23, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), forfeiting property of defendant AARON PEILA to the United States of America. Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 44; Minutes of Change of Plea Proceedings, ECF No. 45; Preliminary Order of Forfeiture, ECF No. 46.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant AARON PEILA.

DATED this _3_ day of _December_, 2012.

_____
UNITED STATES DISTRICT JUDGE