PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
2:12CR00009

**DOCKET NUMBER** *(Rec. Court)*
**2:25cr00333 DBB**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Aaron Peila | Nevada | U.S. Probation Office |

FILED
2025 SEP 2 PM 2:27
CLERK
U.S. DISTRICT COURT

**NAME OF SENTENCING JUDGE**
Lloyd D. George

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 7/25/2025
TO: 7/24/2028

**OFFENSE**
Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resident of Utah

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of **UTAH** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 25, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Utah

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/2/2025
*Effective Date*

*United States District Judge*

1